Tod L. Gamlen, State Bar No. 83458
  Tod.Gamlen@bakermckenzie.com
Christina Wong, State Bar No. 288171
  Christina.Wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Petitioner
SABAWOON SALIM CONSTRUCTION CO.

Ariana N. Sarabia, State Bar No. 176741
  ari.sarabia@dentons.com
**DENTONS US LLP**
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105-1101
Telephone: +1 415 267 4000
Facsimile: +1 415 267 4198

Attorneys for Respondents
ECC INT'L LLC and ECC-CENTCOM
CONSTRUCTORS, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SABAWOON SALIM CONSTRUCTION CO., | **Case No. 3:15-cv-04362-EMC** |
| Petitioner, | **STIPULATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT BASED THEREON** |
| v. | |
| ECCI INTERNATIONAL, LLC, and ECC-CENTCOM CONSTRUCTORS, LLC | |
| Respondents. | Crtrm: 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

Case No. 3:15-cv-04362-EMC
STIPULATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD & FOR ENTRY OF JUDGMENT BASED THEREON
548699-v3\PALDMS

Petitioner Sabawoon Salim Construction Co. ("SSCC"), Respondent ECCI International, LLC ("ECCI") and Respondent ECC-CENTCOM Constructors, LLC ("ECC-C") stipulate as set forth below in light of the following facts.

(a)    On or about September 23, 2015, SSCC initiated this action by filing its Petition to Confirm Arbitration Award and for Entry of Judgment Based Thereon (Dkt. No. 1) ("the Petition") against ECCI and ECC-C 3PEA in the above captioned Court.

(b)    In the Petition SSCC is applying to the Court for an order confirming an arbitration award that was issued on July 29, 2015, a copy of which is attached to the Petition as **EXHIBIT 8;** and, for entry of judgment in accordance with that award.

(c)    On September 29, 2015, SSCC filed a motion in this action for an order pursuant to 9 U.S.C. §207 and 9 U.S.C. §9 to confirm such arbitration award and for an order for entry of judgment in favor of SSCC and against ECCI and ECC-C in accordance with that award, and, awarding SSCC its costs, attorney fees, and expenses incurred in connection with the proceeding, and for pre-judgment and post-judgment interest (Dkt. Nos. 9-12).

(d)    ECCI and ECC-C do not oppose SSCC's motion.

(e)    In connection with such motion and the Petition, SSCC, ECCI and ECC-C each agree and consent to the Court granting the above referenced motion and the relief sought in the Petition and entering the "[Proposed] Order Confirming Arbitration Award; and, Judgment" in the form attached hereto as **EXHIBIT A** as the order and judgment of the Court on the Petition and SSCC's motion.

//

//

//

//

//

//

//

//

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Case No. 3:15-cv-04362-EMC
STIPULATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD & FOR ENTRY OF JUDGMENT BASED THEREON
548699-v3\PALDMS

In light of the above facts IT IS HEREBY STIPULATED follows:

(1)     SSCC, ECCI and ECC-C each agree and consent to the Court granting the above referenced motion and the relief sought in the Petition and entering the "[Proposed] Order Confirming Arbitration Award; and, Judgment" in the form attached hereto as **EXHIBIT A** as the order and judgment of the Court on the Petition and SSCC's motion.

(2)     That the Court enter the "[Proposed] Order Confirming Arbitration Award; and, Judgment" in the form attached hereto as **EXHIBIT A** as the order and judgment of the Court on the Petition and SSCC's motion.

IT IS SO STIPULATED.

Dated:  October 19, 2015          BAKER & McKENZIE LLP

By: /s/ Tod L. Gamlen
Tod L. Gamlen
Attorneys for Petitioner
Sabawoon Salim Construction Co.

Dated:  October 19, 2015          DENTONS US LLP

By: /s/ Ariana N. Sarabia
Ariana N. Sarabia
Attorneys for Respondents
ECCI International, LLC  and Respondent
ECC-CENTCOM Constructors, LLC

## SIGNATURE ATTESTATION

I , Tod L. Gamlen, hereby attest that all signatories to this document concur in the filing's content, have authorized me to provide his/her electronic signature, and have authorized the filing of the document.

Dated: October 19, 2015          /s/ Tod L. Gamlen
Tod L. Gamlen

2

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400
Case No. 3:15-cv-04362-EMC
STIPULATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD & FOR ENTRY OF JUDGMENT BASED THEREON
548699-v3\PALDMS

**CERTIFICATE OF SERVICE**

I, Robin M. Robledo, declare:  I am over the age of eighteen years and not a party to the case.  I am employed in the County of Santa Clara, State of California, where the mailing occurs; and my business address is **BAKER & McKENZIE LLP,** 660 Hansen Way, Palo Alto, California  94304-1044; +1 650 856 2400.

On October 19, 2015, I served a copy of the below document(s):

**STIPULATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT BASED THEREON**

on counsel for the parties in this action, as follows:

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

> Ariana Sarabia
>  ari.sarabia@dentons.com
> **Dentons US LLP**
> One Market Plaza
> Spear Tower, 24th Floor
> San Francisco, CA 94105-1101
> Telephone:     +1 415 267 4074
>
> *Attorney for Defendants ECC International, LLC &*
> *ECC-CENTCOM Constructors, LLC*

☒      **(BY U.S. MAIL)**  I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE LLP, Palo Alto, California, following ordinary business practices.  I am readily familiar with the practice of BAKER & McKENZIE LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on October 19, 2015.

Robin M. Robledo

1

# EXHIBIT A

1   Tod L. Gamlen, State Bar No. 83458
      Tod.Gamlen@bakermckenzie.com
2   Christina Wong, State Bar No. 288171
      Christina.Wong@bakermckenzie.com
3   **BAKER & McKENZIE LLP**
    660 Hansen Way
4   Palo Alto, CA  94304-1044
    Telephone: +1 650 856 2400
5   Facsimile: +1 650 856 9299

6   Attorneys for Petitioner
    SABAWOON SALIM CONSTRUCTION CO.
7

8   Ariana N. Sarabia, State Bar No. 176741
      ari.sarabia@dentons.com
9   **DENTONS US LLP**
    One Market Plaza
10  Spear Tower, 24th Floor
    San Francisco, CA 94105-1101
11  Telephone: +1 415 267 4000
    Facsimile: +1 415 267 4198
12
    Attorneys for Respondents
13  ECC INT'L LLC and ECC-CENTCOM
    CONSTRUCTORS, LLC
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18  SABAWOON SALIM CONSTRUCTION CO.,     | **Case No.  3:15-cv-04362-EMC**

19              Petitioner,              | **[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD; AND, JUDGMENT**
20       v.

21  ECCI INTERNATIONAL, LLC, and ECC-    | Crtrm:  5, 17th Floor
    CENTCOM CONSTRUCTORS, LLC            | Judge:  Hon. Edward M. Chen
22
             Respondents.
23

24

25            **ORDER CONFIRMING ARBITRATION AWARD**

26

27          The Court has carefully reviewed and considered the Petition for Order Confirming

28  Arbitration Award and for Final Judgment Based Thereon (the "Petition") of Sabawoon Salim

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Case No. 3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY

Construction Co., all papers filed in support of the Petition, and, the argument of counsel in support of the Petition.  Respondents consent to the granting of the Petition. Good cause appearing therefore, the Court finds and orders as follows:

1.      Petitioner Sabawoon Salim Construction Co. ("SSCC") is a corporation duly organized and existing under the laws of the nation of Afghanistan, with its principal office in the City of Kabul, Afghanistan.

2.      ECCI International, LLC ("ECCI") is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal office in the City of Virginia Beach, State of Virginia.

3.      ECC-CENTCOM Constructors, LLC ("ECC-C") is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal office in the City of Virginia Beach, State of Virginia.

4.      ECCI also maintains offices at 1240 Bayshore Highway, Burlingame, CA.

5.      The jurisdiction of this court is based on 28 U.S.C. §1332 in that SSCC is a citizen of a foreign state, Respondents are citizens of a State in the United States, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6.      The parties entered into four agreements pursuant to which Petitioner was to provide construction services to Respondents.

7.      Each of the agreements contained an arbitration provision calling for disputes relating to the agreements to be resolved by arbitration before the American Arbitration Association.

8.      The arbitration provisions provided that the decision of the arbitrator would be final and binding upon both parties, and that they would comply therewith.

9.      The arbitration provisions provided that judgment could be entered upon any Award in accordance with applicable law in any court having jurisdiction.

10.      The parties consented to the jurisdiction of this Court for the purposes of commencing, conducting, and enforcing arbitration proceedings.

11.      A dispute arose between the parties in relation to their agreements.

12.      After the disputes arose, the parties agreed to use JAMS instead of the America

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Case No.  3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY

Arbitration Association for their arbitration.

13.   They also agreed to submit their dispute to JAMS arbitrator, Judge William J. Cahill (Ret.).

14.   The parties agreed to submit their dispute to Judge Cahill "on the papers," and completed their briefing process on June 26, 2015.

15.   Judge Cahill entered his initial Award on July 27, 2015.

16.   The parties jointly submitted a request to correct typographical errors in the initial Award on July 29, 2015.

17.   Judge Cahill issued his Arbitrator's Award Including Stipulated Correction (the "Corrected Award") later that day on July 29, 2015.

18.   Notice of Petitioner's application has been duly served upon Respondents and they are subject to the jurisdiction of this Court.

19.   Petitioner has satisfied the requirements of Chapter 1 of the Federal Arbitration Act, 9 U.S.C. §1, *et. seq.*, and Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201, *et. seq.*

Accordingly, IT IS HEREBY ORDERED as follows:

The Corrected Award is hereby confirmed.

Final judgment shall be entered in favor of Petitioner against Respondent ECCI for damages in the amount of Two Million, Five Hundred Sixty-four Thousand, Five Hundred Twenty-two and 55/100's Dollars ($2,564,522.39).

Final judgment shall be entered in favor of Petitioner against Respondent ECCI for pre-judgment interest in the amount of Sixty-six Thousand, Seven Hundred Forty seven and 84/100 Dollars ($66,747.84) and post-judgment on this judgement at the rate specified in 28 U.S.C. § 1961.

Final judgment shall be entered in favor of Petitioner against Respondent ECC-C for damages in the amount of One Million, Seven Hundred Sixty-four Thousand, Seven Hundred Seventy-five and 56/100's Dollars ($1,764,775.56)

Final judgment shall be entered in favor of Petitioner against Respondent ECC-C for pre-judgment interest in the amount of Forty-five Thousand, Nine Hundred Thirty-two and 51/100 Dollars ($45,932.51) and post-judgment on this judgement at the rate specified in 28 U.S.C. § 1961.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, in the amount of $68,411.50 for attorney fees and expenses incurred in connection with the pre-arbitration negotiations and mediation of the disputes between the parties, and in the arbitration proceeding before Judge Cahill.

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, in the amount of $50,000 for attorney fees and expenses incurred in connection with this proceeding.

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, for the costs and expenses allowable by law in connection with the Petition.

With respect to Subcontract #SSCC.Subk.5901.000 which is attached to the Petition as Exhibit 3, ECCI shall do the following:

A.      negotiate in good faith to maximize the Claim that ECCI has submitted to the United States Corp of Engineers ("USACE") for extra compensation related to the delays associated with the change in security posture at the SOF compound (the "Claim");

B.      provide periodic reports to SSCC on negotiation of the Claim with USACE; and

C.      promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for SSCC's part of the Claim.

The Judgment set forth below be entered.

IT IS SO ORDERED.

DATED: _____   10/22/15

United States Dist...

IT IS SO ORDERED

Judge Edward M. Chen

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Case No.  3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY

1

## <u>JUDGMENT</u>

2

3          IT IS HEREBY ADJUDGED, ORDERED and DECREED as follows:

4          (1)      Petitioner Sabawoon Salim Construction Co. ("SSCC") is granted judgment against

5  Respondent ECCI International, LLC ("ECCI") the amount of Two Million, Six Hundred Thirty-one

6  Thousand, Two Hundred Seventy and 23/100 Dollars ($2,631,270.23) and post judgment interest at

7  the rate of .27%, along with costs as allowable by law.

8          (2)      Petitioner SSCC is granted judgment against Respondent ECC-CENTCOM

9  Constructors, LLC ("ECC-C") the amount of One Million, Eight Hundred Ten Thousand, Seven

10 Hundred Eight and 07/100 Dollars $1,810,708.07 and post judgment interest at the rate of .27%,

11 along with costs as allowable by law.

12          (3)      SSCC recover from Respondents ECCI and ECC-C, jointly and severally, attorney

13 fees in the amount of One Hundred Eighteen Thousand, Four Hundred Eleven and 50/100 Dollars

14 $118,411.50.

15          (4)      ECCI shall do the following with respect to Subcontract #SSCC.Subk.5901.000

16 which is attached to the Petition as Exhibit 3:

17          A.      negotiate in good faith to maximize the Claim that ECCI has submitted to the United

18 States Corp of Engineers ("USACE") for extra compensation related to the delays associated with

19 the change in security posture at the SOF compound (the "Claim");

20          B.      provide periodic reports to SSCC on negotiation of the Claim with USACE; and

21          C.      promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for

22 SSCC's part of the Claim.

23

24 DATED: _____          _____

25                                          United States District Judge

26

27

28

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

5

Case No.  3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY