Tod L. Gamlen, State Bar No. 83458
 Tod.Gamlen@bakermckenzie.com
Christina Wong, State Bar No. 288171
 Christina.Wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

Attorneys for Petitioner
SABAWOON SALIM CONSTRUCTION CO.

Ariana N. Sarabia, State Bar No. 176741
 ari.sarabia@dentons.com
**DENTONS US LLP**
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105-1101
Telephone: +1 415 267 4000
Facsimile: +1 415 267 4198

Attorneys for Respondents
ECC INT'L LLC and ECC-CENTCOM
CONSTRUCTORS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SABAWOON SALIM CONSTRUCTION CO., <br><br> Petitioner, <br><br> v. <br><br> ECCI INTERNATIONAL, LLC, and ECC-CENTCOM CONSTRUCTORS, LLC <br><br> Respondents. | Case No.  3:15-cv-04362-EMC <br><br> **[PROPOSED] ORDER CONFIRMING ARBITRATION AWARD; AND, JUDGMENT** <br><br> Crtrm:  5, 17th Floor <br> Judge:  Hon. Edward M. Chen |

## ORDER CONFIRMING ARBITRATION AWARD

        The Court has carefully reviewed and considered the Petition for Order Confirming

Arbitration Award and for Final Judgment Based Thereon (the "Petition") of Sabawoon Salim

1

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Case No. 3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY

Construction Co., all papers filed in support of the Petition, and, the argument of counsel in support of the Petition. Respondents consent to the granting of the Petition. Good cause appearing therefore, the Court finds and orders as follows:

1. Petitioner Sabawoon Salim Construction Co. ("SSCC") is a corporation duly organized and existing under the laws of the nation of Afghanistan, with its principal office in the City of Kabul, Afghanistan.

2. ECCI International, LLC ("ECCI") is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal office in the City of Virginia Beach, State of Virginia.

3. ECC-CENTCOM Constructors, LLC ("ECC-C") is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal office in the City of Virginia Beach, State of Virginia.

4. ECCI also maintains offices at 1240 Bayshore Highway, Burlingame, CA.

5. The jurisdiction of this court is based on 28 U.S.C. §1332 in that SSCC is a citizen of a foreign state, Respondents are citizens of a State in the United States, and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

6. The parties entered into four agreements pursuant to which Petitioner was to provide construction services to Respondents.

7. Each of the agreements contained an arbitration provision calling for disputes relating to the agreements to be resolved by arbitration before the American Arbitration Association.

8. The arbitration provisions provided that the decision of the arbitrator would be final and binding upon both parties, and that they would comply therewith.

9. The arbitration provisions provided that judgment could be entered upon any Award in accordance with applicable law in any court having jurisdiction.

10. The parties consented to the jurisdiction of this Court for the purposes of commencing, conducting, and enforcing arbitration proceedings.

11. A dispute arose between the parties in relation to their agreements.

12. After the disputes arose, the parties agreed to use JAMS instead of the America

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Arbitration Association for their arbitration.

13.   They also agreed to submit their dispute to JAMS arbitrator, Judge William J. Cahill (Ret.).

14.   The parties agreed to submit their dispute to Judge Cahill "on the papers," and completed their briefing process on June 26, 2015.

15.   Judge Cahill entered his initial Award on July 27, 2015.

16.   The parties jointly submitted a request to correct typographical errors in the initial Award on July 29, 2015.

17.   Judge Cahill issued his Arbitrator's Award Including Stipulated Correction (the "Corrected Award") later that day on July 29, 2015.

18.   Notice of Petitioner's application has been duly served upon Respondents and they are subject to the jurisdiction of this Court.

19.   Petitioner has satisfied the requirements of Chapter 1 of the Federal Arbitration Act, 9 U.S.C. §1, *et. seq.*, and Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201, *et. seq.*

Accordingly, IT IS HEREBY ORDERED as follows:

The Corrected Award is hereby confirmed.

Final judgment shall be entered in favor of Petitioner against Respondent ECCI for damages in the amount of Two Million, Five Hundred Sixty-four Thousand, Five Hundred Twenty-two and 55/100's Dollars ($2,564,522.39).

Final judgment shall be entered in favor of Petitioner against Respondent ECCI for pre-judgment interest in the amount of Sixty-six Thousand, Seven Hundred Forty seven and 84/100 Dollars ($66,747.84) and post-judgment on this judgement at the rate specified in 28 U.S.C. § 1961.

Final judgment shall be entered in favor of Petitioner against Respondent ECC-C for damages in the amount of One Million, Seven Hundred Sixty-four Thousand, Seven Hundred Seventy-five and 56/100's Dollars ($1,764,775.56)

Final judgment shall be entered in favor of Petitioner against Respondent ECC-C for pre-judgment interest in the amount of Forty-five Thousand, Nine Hundred Thirty-two and 51/100 Dollars ($45,932.51) and post-judgment on this judgement at the rate specified in 28 U.S.C. § 1961.

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, in the amount of $68,411.50 for attorney fees and expenses incurred in connection with the pre-arbitration negotiations and mediation of the disputes between the parties, and in the arbitration proceeding before Judge Cahill.

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, in the amount of $50,000 for attorney fees and expenses incurred in connection with this proceeding.

Final judgment shall be entered in favor of Petitioner against Respondents ECCI and ECC-C, jointly and severally, for the costs and expenses allowable by law in connection with the Petition.

With respect to Subcontract #SSCC.Subk.5901.000 which is attached to the Petition as Exhibit 3, ECCI shall do the following:

A.      negotiate in good faith to maximize the Claim that ECCI has submitted to the United States Corp of Engineers ("USACE") for extra compensation related to the delays associated with the change in security posture at the SOF compound (the "Claim");

B.      provide periodic reports to SSCC on negotiation of the Claim with USACE; and

C.      promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for SSCC's part of the Claim.

The Judgment set forth below be entered.

IT IS SO ORDERED.

10/23/2015

DATED: _____      _____



United                                     Judge Edward M. Chen

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

## JUDGMENT

IT IS HEREBY ADJUDGED, ORDERED and DECREED as follows:

(1)     Petitioner Sabawoon Salim Construction Co. ("SSCC") is granted judgment against Respondent ECCI International, LLC ("ECCI") the amount of Two Million, Six Hundred Thirty-one Thousand, Two Hundred Seventy and 23/100 Dollars ($2,631,270.23) and post judgment interest at the rate of .27%, along with costs as allowable by law.

(2)     Petitioner SSCC is granted judgment against Respondent ECC-CENTCOM Constructors, LLC ("ECC-C") the amount of One Million, Eight Hundred Ten Thousand, Seven Hundred Eight and 07/100 Dollars $1,810,708.07 and post judgment interest at the rate of .27%, along with costs as allowable by law.

(3)     SSCC recover from Respondents ECCI and ECC-C, jointly and severally, attorney fees in the amount of One Hundred Eighteen Thousand, Four Hundred Eleven and 50/100 Dollars $118,411.50.

(4)     ECCI shall do the following with respect to Subcontract #SSCC.Subk.5901.000 which is attached to the Petition as Exhibit 3:

A.     negotiate in good faith to maximize the Claim that ECCI has submitted to the United States Corp of Engineers ("USACE") for extra compensation related to the delays associated with the change in security posture at the SOF compound (the "Claim");

B.     provide periodic reports to SSCC on negotiation of the Claim with USACE; and

C.     promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for SSCC's part of the Claim.

DATED: _____    12/23/15

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

545493-v6\PALDMS

Case No.  3:15-cv-04362-EMC
CONFIRMATION ORDER AND JUDGMENT ENTRY