UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAWOON SALIM CONSTRUCTION CO., <br><br> Plaintiff, <br><br> v. <br><br> ECC INTERNATIONAL LLC, et al., <br><br> Defendants. | Case No. 15-cv-04362-EMC <br><br> **ORDER RE SUPPLEMENTAL BRIEFING** <br><br> Docket Nos. 39, 40 |

On March 18, 2016, third-party Liberty Mutual Insurance Company (Liberty Mutual) filed a notice of a verified third party claim on Respondent ECC International LLC's bank accounts at Comerica Bank. Docket No. 39 at 1. Petitioner Sabawoon Salim Construction Co. had served notices of levy for this property. *Id.* Liberty Mutual subsequently filed a motion for a hearing on its third party claim. Docket No. 40.

Before the Court will issue any order on Liberty Mutual's motion for a hearing, the Court **ORDERS** Liberty Mutual Insurance Company to file supplemental briefing explaining: (1) why this Court has federal jurisdiction over this claim, and (2) the applicability of California Code of Civil Procedure 720.310 in the federal courts. Liberty Mutual is to file its briefing by **March 28, 2016**. The parties shall file their response to Liberty Mutual's briefing by **April 1, 2016**. Briefs should be no longer than 7 pages.

**IT IS SO ORDERED**.

Dated: March 24, 2016

_____
EDWARD M. CHEN
United States District Judge