James Howard Irmen
(admitted *pro hac vice*)
irmen@marshall-melhorn.com
MARSHALL AND MELHORN LLC
Four Seagate Floor 8
Toledo, OH 43604
Telephone: 419-249-7123
Facsimile: 419-249-7151

Tod L. Gamlen, State Bar No. 83458
Tod.Gamlen@bakermckenzie.com
BAKER & McKENZIE LLP
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: 650-856-2400
Facsimile: 650-856-9299

Attorneys for Petitioner and Judgment
Creditor SABAWOON SALIM
CONSTRUCTION CO.

DIANNE L. SWEENEY (SBN 187198)
dianne@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Respondents and Judgment
Debtors ECC International, LLC and ECC
Centcom Constructors LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SABAWOON SALIM CONSTRUCTION CO., <br><br> Petitioner, <br><br> v. <br><br> ECCI INTERNATIONAL, LLC, <br><br> and <br><br> ECC-CENTCOM CONSTRUCTORS, LLC <br><br> Respondents. | Case No. 3:15-cv-04362-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER FOR RELIEF FROM FINAL JUDGMENT (FRCP 60(b))** <br><br> Judge: Hon. Edward M. Chen <br> Ctrm: 5, 17th Floor |

## STIPULATION FOR

## RELIEF FROM FINAL JUDGMENT

Petitioner and Judgment Creditor Sabawoon Salim Construction Co. and Respondents and Judgment Debtors ECC International, LLC (incorrectly identified as ECCI International, LLC in the Judgment) (collectively, "ECCI") and ECC Centcom Constructors LLC (incorrectly identified as ECC-CENTCOM Constructors, LLC in the Judgment) (collectively, "ECC-C") hereby stipulate and agree as follows:

1. On October 23, 2015, this Court entered an Order Confirming an Arbitration Award and related Judgment (Docket Entry ("DE") 26)[1];

2. Petitioner and Judgment Creditor Sabawoon Salim Construction Co. ("SSCC") hereby stipulates and acknowledges that:

    a. the Respondent and Judgment Debtor ECC-C has fully satisfied the Judgment entered by the Court on October 23, 2015 (DE 26) ("Judgment") and that the Judgment is no longer of any force or effect as to ECC-C; and

    b. the Respondent and Judgment Debtor ECCI has partially satisfied the Judgment in that Sections (1), (2) and (3) on page 5 of the Judgment (specifically, those obligations at page 5, lines 4 through 14) have been fully satisfied and that such portion of the Judgment is no longer of any force or effect as to any person or entity including ECCI.

3. SSCC and ECCI hereby stipulate and acknowledge that the government claim described in Section (4) of the Judgment is still pending before the Armed Services Board Contract Appeals (for a claim against the United States Army Corps of Engineers (incorrectly referred to as the United States Corp of Engineers in the Judgment)) and that, accordingly, Section (4) (specifically, those obligations at page 5, lines 15 through 22) is not yet satisfied and that such portion of the Judgment remains in force and effect as to ECCI only.

---

[1] The Parties note a typographical error in the Judgment. While the Order and Judgment were filed by the Court on October 23, 2015 and the Order is dated October 23, 2015, the Judgment is dated December 23, 2015. The Parties believe that the proper date for all documents is October 23, 2015.

1    4.    In light of the foregoing, SSCC hereby stipulates and acknowledges that the only

2    portion of the Judgment that is not fully satisfied and remains in force is the following section which

3    is copied verbatim from the Judgment and remains in force and effect against ECCI only:

4         "(4) ECCI shall do the following with respect to Subcontract SCC.Subk.5901.000

5         which is attached to the Petition as Exhibit 3:

6              A. negotiate in good faith to maximize the Claim that ECCI has submitted to the United

7         States Corp of Engineers ("USACE") for extra compensation related to the delays associated

8         with the change in security posture at the SOF compound (the "Claim");

9              B. provide periodic reports to SSCC on negotiation of the Claim with USACE; and

10             C. promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for

11        SSCC's part of the Claim."

12   5.    Petitioner and Judgment Creditor Sabawoon Salim Construction Co. confirms that it

13   has not filed any liens or abstracts of judgment or other notices related to the Judgment.

14   6.    All parties agree that each party shall bear their own fees and costs, including but not

15   limited to, the costs and expenses allowable by law in connection with the Petition and this

16   stipulation and related Judgment.

17

18
Dated: April 30, 2018.
19

20                          By:    ROGER KHOURY, Managing Partner and
21                                 authorized representative of SABAWOON
                                   SALIM CONSTRUCTION CO.
22

23   Dated: April / May, 2018.

24                          By:    JAMES H. IRMEN
25

26                                 Attorneys for Petitioner/Judgment Creditor
                                   SABAWOON SALIM CONSTRUCTION CO.
27

28

| 1 | Dated: ~~April~~ May  1 , 2018. | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By:    DIANNE L. SWEENEY
Attorneys for Respondent and Judgment Debtors
ECC International, LLC and ECC Centcom
Constructors LLC

# [P~~ROPOSED~~] ORDER

Pursuant to the Stipulation and Federal Rule of Civil Procedure 60(b)(5) and 60(b)(6) as well as for good cause shown, IT IS HEREBY ORDERED as follows:

1) the Judgment (DE 26) is fully satisfied by Respondent and Judgment Debtor ECC Centcom Constructors LLC (incorrectly identified as ECC-CENTCOM Constructors, LLC in the Judgment) (collectively, "ECC-C") and, therefore, the Judgment is no longer of any force or effect as to ECC-C;

2) Sections (1), (2) and (3) on page 5 of the Judgment (specifically, those obligations at page 5, lines 4 through 14[2]) have also been fully satisfied by Respondent and Judgment Debtor ECC International, LLC (incorrectly named in the Judgment as ECCI International, LLC) (collectively, "ECCI") and, therefore, those sections of the Judgment are no longer of any force or effect as to any person or entity including ECCI;

3) Section (4) of the Judgment (specifically, those obligations at page 5, lines 15 through 22) is the only portion of the Judgment that remains in force and effect and it applies to ECCI only;

4) in light of the foregoing, this Court's Judgment is modified as of this date so that the only portion of the Judgment that remains in force and effect against any person is the following portion of the Judgment that remains in force and effect as to ECCI only:

"ECCI shall do the following with respect to Subcontract SCC.Subk.5901.000 which is attached to the Petition as Exhibit 3:

---

[2] The following are the sections of the Judgment that are fully satisfied and no longer of any force or effect:

"(1) Petitioner Sabawoon Salim Construction Co. ("SSCC") is granted judgment against Respondent ECCI International, LLC ("ECCI") the amount of Two Million, Six Hundred Thirty-one Thousand, Two Hundred Seventy and 23/100 Dollars ($2,631,270.23) and post judgment interest at the rate of .27%, along with costs as allowable by law.

(2) Petitioner SSCC is granted judgment against Respondent ECC-CENTCOM Constructors, LLC ("ECC-C") the amount of One Million, Eight Hundred Ten Thousand, Seven Hundred Eight and 07/100 Dollars $1,810,708.07 and post judgment interest at the rate of .27%, along with costs as allowable by law.

(3) SSCC recover from Respondents ECCI and ECC-C, jointly and severally, attorney fees in the amount of One Hundred Eighteen Thousand, Four Hundred Eleven and 50/100 Dollars $118,411.50." DE 26.

A. negotiate in good faith to maximize the Claim that ECCI has submitted to the United States Corp of Engineers ("USACE") for extra compensation related to the delays associated with the change in security posture at the SOF compound (the "Claim");

B. provide periodic reports to SSCC on negotiation of the Claim with USACE; and

C. promptly pay Petitioner SSCC all amounts paid to it by USACE that are paid for SSCC's part of the Claim."

IT IS SO ORDERED.

Dated: _____5/11/2018_____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen